RECEIVED
ER
6/25/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PC SCAN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SCANNED AT MENARD and E-mailed
6-25-20 by PS 18 pages
date initials No.

Justin Collins-Craig

(Enter above the full name of the plaintiff or plaintiffs in this action)

1:20-CV-3723

JUDGE PALLMEYER
MAGISTRATE JUDGE FINNEGAN
PC2

vs.

Case No:________________________
(To be supplied by the Clerk of this Court)

Chicago Heights cop John Doe #1
Chicago Heights cop John Doe #2
Chicago Heights cop John Doe #3
Chicago Heights cop John Doe #4
Chicago Heights cop John Doe #5
Chicago Heights cop John Doe #6

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

**I. Plaintiff(s):**

A. Name: Justin Collins-Craig

B. List all aliases: ________

C. Prisoner identification number: M55395

D. Place of present confinement: Menard Correctional

E. Address: P.O. Box 100 Menard, IL 62259

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Chicago Heights Cop John Doe #1

Title: Officer

Place of Employment: Chicago Heights P.D.

B. Defendant: Chicago Heights Cop John Doe #2

Title: Officer

Place of Employment: Chicago Heights P.D.

C. Defendant: Chicago Heights Cop John Doe #3

Title: officer

Place of Employment: Chicago Heights P.D.

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

D. Defendant: Chicago Heights Cop John Doe #4
Title: Officer
Place of employment: Chicago Heights P.D

E Defendant: Chicago Heights cop John Doe #5
Title : Officer
Place of employment: Chicago Heights P.D.

F Defendant: Chicago Heights Cop John Doe #6
Title: Officer
Place of employment: Chicago Heights P.D

**IV. Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

① As to the use of excessive Force Claim by Chicago Heights police officer John Doe #1, Defendant. On July 31, 2018, during the late evening hour at East end & Lincoln Highway defendant C.H.P.O John Doe #1, had used excessive force to strangle the plaintiff by placing his right or left arm around the plaintiff's neck to strangle him while he was restrained and subdued on the ground by Defendant C.H.P.O. John Doe #1, in violation of the plaintiffs Constitutional rights under the 4th, 8th, and 14th amendments of the Federal Constitution.

② As to the deliberate indifference Claim By C.H.P.O John Doe #1, defendant. on July 31, 2018, during the late evening hour at east end & Lincoln Highway, Defendant C.H.P.O. John Doe #1, was deliberate indifference to the plaintiff's health and safety when defendant C.H.P.O. John Doe #1, had strangled the plaintiff by placing his right or left arm around the plaintiffs neck to strangle him while he was restrained and subdued on the ground by defendant C.H.P.O. John Doe #1 in violation of the plaintiffs Constitutional rights under the 8th amendment of the Federal Constitution

(3) As to the State tort assault and battery Claim by C.H.P.O John Doe #1, defendant. On July 31, 2018, during the late evening hour at east end ; lincoln Hwy, defendant C.H.P.O. John Doe #1, had Committed assault and battery against the plaintiff by placing his right or Left Arm around the plaintiff's neck to Strangle him while he was restrained and Subdued on the ground by defendant C.H.P.O John Doe #1, in violation of the plaintiff's Constitutional rights under the State tort assault and Battery Statues.

(4) As to the use of excessive force Claim by C.H.P.O John Doe #2, defendant. On July 31st, 2018, during the late evening hour at east end ; lincoln highway, C.H.P.O. John Doe #2, had used excessive force by tasering the plaintiff in the abdomen area while he was restrained and Subdued on the ground by Defendant C.H.P.O. John Doe #1, in violation of the plaintiff's Constitutional rights under the 4th, 8th, and 14th amendments of the federal constitution.

(5) As to the deliberate indifference Claim by C.H.P.O John Doe #2, defendant, On July 31, 2018, during the late evening hour at east end Lincoln Highway, defendant C.H.P.O. John Doe #2, was deliberate indifference to the plaintiffs health and Safety When defendant C.H.P.O. John Doe #2 had tasered the ~~defendant~~ plaintiff in the abdomen area While he was restrained and Subdued on the ground by defendant C.H.P.O. John Doe #1, in Violation of ~~his~~ the plaintiff's Constitutional rights under the 8th amendment of the Federal Constitution.

(6) As to the State tort Assault and battery Claim by C.H.P.O. John Doe #2 Defendant, on July 31, 2018, during the late evening hour at east end Lincoln highway. Defendant C.H.P.O. John Doe #2, had committed assault and battery against the plaintiff by tasering him While he was restrained and Subdued on the ground by defendant C.H.P.O, John Doe #1, in Violation of the plaintiffs Constitutional rights under the State tort assault and battery Statues.

(7) As to the use of excessive force Claim by C.H.P.O. John Doe #3, defendant. On July 31st, 2018, during the late evening hour at east end Lincoln Highway, Defendant C.H.P.O. John Doe #3, had used excessive force by tasering the plaintiff in the rightside of his thigh area While he was restrained and Subdued on the ground by defendant C.H.P.O. John Doe #1, in Violation of the plaintiffs Constitutional rights under the 4th, 8th, and 14th amendments of the Federal Constitution.

(8) As to the deliberate indifference Claim by C.H.P.O. John Doe #3, defendant. On July 31, 2018, During the late evening hour at east end and lincoln Highway, Defendant C.H.P.O. John Doe #3, was deliberate indifference to the plaintiff's health and safety when defendant C.H.P.O. John Doe #3, had tasered the plaintiff in the rightside of his thigh area while he was restrained and subdued on the ground by defendant C.H.P.O. John Doe #1, in violation of the plaintiff's Constitutional rights under the 8th amendment of the Federal Constitution.

(9) As to the State tort assault and battery Claim by C.H.P.O. John Doe #3, Defendant. On July 31st, 2018, on the Late evening hour at east end & Lincoln Highway, Defendant, C.H.P.O. John Doe #3, had Committed assault and battery against the plaintiff by tasering him in the right side of his thigh area while he was restrained and subdued on the ground by defendant C.H.P.O. John Doe #1, in violation of the plaintiff's Constitutional rights under the State tort assault and battery Statues.

(10) As to the use of excessive Force Claim by C.H.P.O. John Doe #4 & 5 Defendants. On July 31st, 2018, during the Late evening hour at east end & Lincoln Highway, Defendant C.H.P.O. John Doe #4, had used excessive force by repeatedly kicking the plaintiff in the head area when defendant C.H.P.O. John Doe #5 adjoin Defendant John Doe #4, As they both had repeatedly kick the plaintiff in the head area until his skin split open while he was restrained and subdued on the ground by defendant C.H.P.O. John Doe John Doe #1, in violation of the plaintiffs Constitutional rights under the 4th, 8th, and 14th amendments of the Federal Constitution.

(11) As to the deliberate indifference claim by C.H.P.O. John Doe #4 & 5, defendants. On July 31st, 2018, during the late evening hour at east end & Lincoln Highway, defendant, C.H.P.O. John Doe #4 was deliberate indifference to the plaintiff's health and safety when defendant C.H.P.O. John Doe #4, had repeatedly kicked the plaintiff in the head area when defendant C.H.P.O. John Doe #5 adjoin defendant John Doe #4, as they both had repeatedly kick the plaintiff in the head area until his skin split open while he was restrained and subdued on the ground by defendant C.H.P.O. John Doe #1, in violation of the plaintiffs constitutional rights under the 8th amendment of the Federal Constitution.

(12) As to the state tort assault and battery claim by C.H.P.O. John Doe #4 and #5 defendants. On July 31st 2018, during the late evening hour at east end & Lincoln Highway, Defendant C.H.P.O. John Doe #4 had commited assault and battery against the plaintiff by repeatedly kicking him in the head area when defendant C.H.P.O. John Doe #5 adjoin defendant John Doe #4, as they both had repeatedly kick him in the head area until his skin split open while he was restrained and subdued on the ground by defendant C.H.P.O. John Doe #1, in violation of the plaintiff's constitutional rights under the state tort assault and battery statues..

(13) As to the state tort public indeceney claim by C.H.P.O. John Doe #6, defendant. On July 31st, 2018, during the late evening hour at east end : Lincoln Highway, Defendant C.H.P.O. John Doe #6, had Committed public indecency against the plaintiff by Forcibly taking off from his body Shoes and pants in a public place while he was restrained and Subdued on the ground by defendant C.H.P.O. John Doe #1, in Violation of the plaintiff's Constitutional rights under the State tort public indecency Statue

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

- Plaintiff demand monetary in actual damages against defendants C.H.P.O. John Doe #1-6, as to paragraphs 1 thru 13.
- Plaintiff demands monetary in punitive damages against Defendants C.H.P.O. John Doe #1-6, as to paragraphs 1 thru 13.
- Plaintiff demands plus costs and reasonable attorney's fees for litigating his complaint claims against the defendants C.H.P.O. John Doe #1-6, herein.

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☒ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 24th day of June, 2020

Justin Collins-Craig

(Signature of plaintiff or plaintiffs)

Justin Collins-Craig

(Print name)

M55395

(I.D. Number)

Prison: P.O. Box 100 Menard, IL 62259

Home: 16346 Hermitage ave Markham, IL 60428

(Address)